

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Charles H. Fowler v. The State of Texas

Appellate case number:   01-12-00300-CR

Date Motion Filed:         March 7, 2013

Party Filing Motion:       Appellant, Charles H. Fowler

      Appellant, Charles H. Fowler, has filed a motion for rehearing.  Although this motion provides a modicum of greater depth, Fowler presents the same argument as one of the arguments he presented in response to the State's motion to dismiss.  None of his arguments, however, can change the fact that he filed an application for a writ of habeas corpus challenging the validity of a misdemeanor conviction, thus dictating the case as criminal for jurisdictional purposes.  It is therefore ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Jim Sharp
                ☐  Acting individually   ☑   Acting for the Court

Date:  May 8, 2013

Panels consists of Justice Keyes, Sharp, and Huddle.